IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 21-CR-61 |
| | ) | |
| MICHAEL RALPH BILLICK, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

The United States of America requests Government Exhibit 1 for the sentencing hearing in this matter be filed under seal. This exhibit consists of grand jury material.

WHEREFORE, pursuant to Local Rule 5(c), the government respectfully requests leave to file this exhibit under seal, so that the filing is not made available on the public docket.

Respectfully submitted,

TIMOTHY T. DUAX
Acting United States Attorney

By: */s/ Kyndra Lundquist*

KYNDRA LUNDQUIST
Assistant United States Attorney
111 7th Avenue, SE Box 1
Cedar Rapids, IA 52401
(319) 363-6333    (319) 363-1990 - fax
Kyndra.Lundquist@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ mas